NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELLECT, LLC,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2022-1100, 2022-1101, 2022-1272, 2022-1273

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00475, IPR2020-00476, IPR2020-00477, IPR2020-00512.

---

**JUDGMENT**

---

JONATHAN CAPLAN, Kramer Levin Naftalis & Frankel LLP, New York, NY, argued for appellant.  Also represented by JEFFREY PRICE; PAUL J. ANDRE, JAMES R.

HANNAH, Redwood Shores, CA.

DOUGLAS HALLWARD-DRIEMEIER, Ropes & Gray LLP, Washington, DC, argued for appellees. Also represented by SCOTT ANTHONY MCKEOWN; JAMES LAWRENCE DAVIS, JR., East Palo Alto, CA.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by DANIEL KAZHDAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 14, 2023        /s/ Jarrett B. Perlow
      Date           Jarrett B. Perlow
                     Acting Clerk of Court